IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02515-AP

DONALD J. McCORMICK,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendant.

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    <u>**For Plaintiff**</u>:

        Alan M. Agee, Esq.
        512 S. 8th Street
        Colorado Springs, CO 80905
        (719) 473-1515 (telephone)

    <u>**For Defendant:**</u>

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: **December 13, 2005.**
    B.    Date Complaint Was Served on U.S. Attorney's Office: **December 19, 2005.**
    C.    Date Answer and Administrative Record Were Filed: **February 27, 2006.**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**
**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff does not intend to submit additional evidence.**
**Defendant does not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**
**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**Plaintiff has no other matters to bring to the attention of the court.**
**Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:        **MARCH 24, 2006.**
    B.    Defendant's Response Brief Due:    **APRIL 24, 2006.**
    C.    Plaintiff's Reply Brief (If Any) Due:  **MAY 4, 2006.**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiff's Statement.**
**Plaintiff requests oral argument.**

**B.  Defendant's Statement:**
**Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.     **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
B.     **( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this 1st **day of March, 2006.**

                                        BY THE COURT:


                                         S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Alan M. Agee          Date: 02/28/06**
512 S. 8th Street
Colorado Springs, CO 81301
(719) 473-1515 (telephone)
ageealanmpc@qwest.net

**For Defendant:**

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 02/16/05**
By:   Debra J. Meachum
Special Assistant United States Attorney

Laura Ridgell-Boltz
Assistant Regional Counsel

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
laura.ridgell-boltz@ssa.gov