IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02515-WDM

DONALD J. MCCORMICK,

     Plaintiff,

v.

JO ANNE B. BARNHART,

     Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     In accordance with doc. No. 29, doc. No. 27 is moot.

Dated:  February 16, 2007

                                  s/ Jane Trexler, Secretary/Deputy Clerk