IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02515-WDM

DONALD J. MCCORMICK,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on plaintiff counsel's Motion for an Award of Attorney's Fee under 42 U.S.C. § 406(b). I have reviewed the motion and the file and note that the plaintiff himself agrees that the requested fee amount is fair and reasonable. I also observe that the requested award would reflect an hourly rate which is not unreasonable. Accordingly, I conclude that the fee sought is consistent with the standards established by 42 U.S.C. § 406(b) and reasonable for the services rendered. Accordingly, it is ordered that plaintiff's attorney, Alan M. Agee, is awarded $10,777.75 for his attorney's fees to be

paid from the amount payable to the plaintiff.

DATED at Denver, Colorado, on November 26, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge